**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Ricky Dean Hardee,<br><br>   Petitioner,<br><br>vs.<br><br>United States of America,<br><br>   Respondent. | No. 2:07-MC-00043-PHX-RCB<br><br>**ORDER** |

On May 29, 2007, petitioner Ricky Dean Hardee, petitioned this court to quash an Internal Revenue Service ("IRS") summons issued to a third-party recordkeeper, Bank of America Bank Card Services. Doc. 1. The United States is moving to dismiss that Petition as moot because the summons has been withdrawn. See Doc. 5 at 1; see also Decl'n of Robert Ripley (June 27, 2007) at 2, ¶ 5 (doc. 7) (IRS Special Agent Ripley avers that "[o]n June 20, 2007, [he] sent a letter to Bank of America Bank Card Services withdrawing the summons.") Petitioner does not oppose the United States' motion. See Doc. 8.

Accordingly, IT IS ORDERED that the United State's motion to dismiss the Petition to Quash filed by Ricky Dean Hardee (doc. 5) is GRANTED because that Petition has been rendered moot.

DATED this 31st day of July, 2007.

_____
Robert C. Broomfield
Senior United States District Judge

Copies of Counsel of Record